| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

STEVIE WYRE, §
§
    Petitioner, §
§
versus §   CIVIL ACTION H-16-0681
§
LORIE DAVIS, §
§
    Respondent. §

## Order of Adoption

On September 7, 2016, Magistrate Judge Stephen Wm. Smith issued a Memorandum and Recommendation (19). No party filed objections. After considering the record and the law, the court adopts the Memorandum and Recommendation as its Memorandum and Order. Wyre's petition for writ of habeas corpus is dismissed without prejudice.

Signed _October 12_, 2016, at Houston, Texas.

Lynn N. Hughes
United States District Judge